**Order filed January 29, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00979-CV

_____

**RANDALL L. PATTERSON, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-27190**

---

### O R D E R

The notice of appeal in this case was filed October 22, 2012. The clerk's record was filed December 28, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. The record does not reflect that this case is exempt from the requirement for appellant to pay the appellate filing fee. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 11, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM